IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JO FREDERIKSEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-2515 |
| | § | |
| HALLIBURTON COMPANY, | § | |
| *doing business as* KBR KELLOGG | § | |
| BROWN & ROOT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

In September 2009, this court entered an order of dismissal in accordance with the parties' stipulation to submit the claims to arbitration. (Docket Entry No. 7). The parties have informed the court that they would like to proceed in court instead of arbitration. Because this case was dismissed, without prejudice, the plaintiff must file a new complaint to proceed with her claims in court.

SIGNED on May 6, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge